**Order entered August 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01350-CR

**DONALD RAY MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-47067-Y**

## ORDER

By order dated July 6, 2015, we granted appellant's request for an extension of time to file his brief and ordered court reporter Sharon Hazlewood to file a copy of the reporter's record with the Dallas County District Clerk. Appellant has now filed a second motion for extension of time to file his brief representing that Hazlewood has not complied with the Court's July 6, 2015 order and is unable to do so due to illness.

Accordingly, we **GRANT** appellant's August 11, 2015 second motion for extension of time to file his brief and for copy of the reporter's record to the extent of the following relief.

We **EXTEND** the time to file appellant's brief to **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of the reporter's record in this case to the Dallas County District Clerk to be held for the use of the parties in accordance with Texas Rule of Appellate Procedure 34.6(h).

/s/    LANA MYERS
       JUSTICE